**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Crim. No. 25-443 (JWB/DJF) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Nelson Bladimir Juarez-Molina, | |
| Defendant. | |

The United States has moved to dismiss the Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). (Doc. No. 16.)

Based on the motion, and on all the files, records, and proceedings in this case,

**IT IS HEREBY ORDERED** that the United States' Motion to Dismiss (Doc. No. 16) is **GRANTED**, and the Indictment against Defendant Nelson Bladimir Juarez-Molina (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Criminal Procedure 48(a).

Date: June 26, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge